# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144863

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

PENNINGTON TROY McDANIELS,
          Defendant-Appellant.

SC: 144863
COA: 308744
Wayne CC: 02-008005-FC

_____/

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is treated as an application for leave to appeal the April 26, 2012 order of the Court of Appeals. The application is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

s0618

Clerk